UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ALAN FAIRFIELD,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:26-cv-01181 CKD (SS)<br><br><br>ORDER |

Plaintiff is proceeding through counsel.  Plaintiff has filed an in forma pauperis affidavit in which he states that he and wife have a combined monthly income of $7,393.00 and have two minor dependents and one adult child who lives with them. Plaintiff states that his household has no monthly mortgage or rent payment because they live on family-owned land. (ECF No. 2.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $55.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

Based on the IFP affidavit, plaintiff's annual household income is $88,716.00. According to the January 2026 federal poverty guidelines issued by the U.S. Department of Health and

1

Human Services (HHS), a household of five with a yearly income of $88,716 is more than double the poverty rate.  Plaintiff's household income shows that plaintiff is able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigence.  See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied.  Plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $405 will result in a recommendation that the instant action be dismissed without prejudice.

Dated:  April 12, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /fair1181.ifp.den

2